# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GETIYE ASCHALEW DUBALE, | |
| Plaintiff, | Case No. 2:14-cv-00515-GMN-GWF |
| vs. | **ORDER OF RECUSAL** |
| NEVADA DEPARTMENT OF CORRECTIONS, J. NASH, Associate Warden High Desert State Prison and D. BASSARD, Correctional Officer High Desert State Prison, | |
| Defendants. | |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

In this case, the undersigned conducted a settlement conference on August 6, 2015 during which it was necessary to discuss with the parties future motions that may be filed in the case. It would not be appropriate, therefore, for the undersigned to hereafter decide such motions.

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 6th day of August, 2015.

GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE